ACCEPTED
05-15-00413-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/24/2015 3:30:21 PM
LISA MATZ
CLERK

**No. 05-15-00413-CV**

_____

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/24/2015 3:30:21 PM
LISA MATZ
Clerk

**IN THE COURT OF APPEALS
FIFTH DISTRICT OF TEXAS AT DALLAS**

_____

**JOHN C. GANTER,**

**Appellant**

**v.**

**INDEPENDENT BANK,
F/K/A/ UNITED COMMUNITY BANK, N.A,**

**Appellee**

_____

**APPEAL FROM THE 298TH DISTRICT COURT
DALLAS COUNTY, TEXAS**

**Honorable Emily Tobolowsky, Judge Presiding**

_____

**THIRD MOTION FOR EXTENSION
OF TIME TO FILE APPELLEE'S BRIEF**

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 10.5(b) and 38.6(d), Appellee Independent Bank (Appellee) files this Motion seeking a third extension of 28 days to file Appellee's Brief and respectfully shows the Court as follows:

1. This is Appellee's third requested extension of time.

2. Pursuant to the Court of Appeals' order dated August 26, 2015, Appellee's Brief is due on September 25, 2015. Appellee requests a third 28-day extension to file the Brief.

3.     Appellee requests the extension because the undersigned counsel, lead trial and appellate counsel for Appellee, has been unable to complete the Brief due to numerous conflicting matters, including preparing for pretrial and trial in the United States District Court for Western District of Texas in a case styled *Paso del Norte Motors, LP v. Tri Star Partners, LLC,* Cause No. 3:15-cv-00033-PRM, as well as preparation for multiple arbitration proceedings. Additionally, lead trial and appellate counsel for Appellee continues to deal with a number of health issues necessitating his absence from work.

4.     As of the date of this Motion, counsel for Appellant has not responded to counsel for Appellee's attempts to conference regarding this motion.

WHEREFORE, Appellee Independent Bank prays that this Court extend the deadline to file Appellee's Brief by 28 days, and for such other relief to which it may be justly entitled.

Respectfully submitted,

*/s/ Brandon Starling*_____
Timothy D. Zeiger
State Bar No. 22255950
Brandon Starling
State Bar No. 24047556
SHACKELFORD, MELTON,
MCKINLEY,
AND NORTON LLP
3333 Lee Parkway, Tenth Floor
Dallas, Texas 75219
Telephone (214) 780-1400
Telecopy (214) 780-1401
tzeiger@shackelfordlaw.net
bstarling@shackelfordlaw.net

**COUNSEL FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

On September 23, 2015, I attempted to conference with counsel for Appellant Michael Lang via email and telephone, but he did not respond to my attempts. On September 24, 2015, I again attempted to confer with Mr. Lang via email, but as of the date of this Motion, Mr. Lang has not responded to my attempts.

*/s/ Brandon Starling*_____
Brandon Starling

## CERTIFICATE OF SERVICE

A true copy of the foregoing Motion was served on September 24, 2015, on the following:

Michael J. Lang
mlang@ghjhlaw.com
Gruber Hurst Elrod Johansen Hail Shank LLP
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202

*/s/ Brandon Starling*_____
Brandon Starling